# ORDER

3: 10 mc - 111

This 16th day of August, 2010, the Board of Judges for the United States District Court for the Western District of North Carolina HEREBY adopt the policy of permitting jurors impanelled on a trial in the Western District to bring their personal data devices (PDA) into the courthouse while serving on jury duty. The Clerk of Court is directed to implement this policy with the following provisions.

- Jurors reporting for their first day of jury service are prohibited from bringing any PDA devices with them into the courthouse. This restriction is limited to jurors reporting for the first time and who are not impanelled on a case.

- Jurors impanelled on a case are permitted to bring a PDA device with them into the courthouse with the device to be secured in the jury deliberation room.

- The Clerk shall provide all impanelled jurors with a distinct juror badge which the Court Security Officers can easily identify as authorizing the juror to bring a PDA device into the courthouse.

- All jurors and their PDA devices are still subject to the routine security inspection and screening procedures prior to entering the courthouse.

- The Clerk shall provide lockable lockers in each jury deliberation room for the securing of the juror's PDA devices while they are in the courthouse.

- Personal Data Devices include all cell phones, lap top computers and similar devices even if they contain recording devices.

- The presiding judge may modify or revoke this policy for a particular case or cases.

SO ORDERED, on behalf of the Court this 16th day of August, 2010.

Robert J. Conrad, Jr., Chief
U.S. District Judge